**424**

Affirm.

391 P.3d 1246

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Michael L. ARKIN, Defendant-Appellant.**

**NO. CAAP-14-0000517**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 21, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTC-13-02654)

SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1246

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Joretha M. WILLIAMS, also known as Joretha Marie Williams, Defendant-Appellant**

**NO. CAAP-15-0000451**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 22, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 15-1-1143)

SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1246

**Robin M. LEE, Plaintiff-Appellant,**

v.

**BANK OF HAWAI'I, it's current President & CEO Peter Ho, it's Loss Prevention, Defendants-Appellees**

**NO. CAAP-14-0000549**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 23, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-0189 VLC)

SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1246

**NATIONSTAR MORTGAGE LLC, Plaintiff/Counterclaim Defendant-Appellee,**

v.

**Ruth C. ALEJANDRO; Joy D. Pasalo; Rommell Antonio P. Agtagma; Lorna D. Agtagma; Fernando D. Dansalan; Shirley F. Dansalan; Jeffy Dansalan, Defendants/Plaintiffs Counterclaimants-Appellants,**

**The Maui Lani Community Association; Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Fremont Investment Loan; State of Hawaii-Department of Taxation; The Maui Community Association, Defendants/Appellees,**

and

**John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; Doe Governmental Units 1-50, Defendants.**

**NO. CAAP-15-0000107**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 23, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 13-1-0590(3))

SUMMARY DISPOSITION ORDER

Affirmed.

■

391 P.3d 1247

Linda KIDWELL, Claimant-Appellant,

v.

MVCI WAIOHAI BEACH CLUB, Employer-Appellee,

and

Insurance Company of the State of Pennsylvania, Insurance Carrier-Appellee,

and

Marriott Claims Services, Insurance Adjuster-Appellee

NO. CAAP-12-0000101

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 28, 2017.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD (AB NO. 2009-247(K); (4-07-00388))

MEMORANDUM OPINION

Affirm.

■

391 P.3d 1247

STATE of Hawai'i, Plaintiff-Appellee,

v.

Eric DOTTERER, Defendant-Appellant.

NO. CAAP-16-0000027

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 29, 2017.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT (CASE NO. 2DTA-15-01167)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

■

391 P.3d 1247

STATE of Hawai'i, Plaintiff-Appellant,

v.

Geronimo ULGARAN, also known as Geronimo Ulgaran, Sr., Defendant-Appellee.

NO. CAAP-16-0000447

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1994)

SUMMARY DISPOSITION ORDER

Affirm.

